TORKILDSON KATZ
A Law Corporation

JOSEPH A. ERNST                         9001-0
(jae@torkildson.com)
RACHEL K. HOKE MIYASHIRO   10891-0
(rkm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:   (808) 523-6001

Attorneys for Defendant
YAMADA AND SONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| DARREN JARDINE, | CIVIL NO. 1:22-cv-00293-HG-WRP |
|---|---|
| Plaintiff, | VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL PARTIES; ORDER |
| vs. | |
| YAMADA AND SONS, INC., | |
| Defendant. | Trial Date: None Set |

**VOLUNTARY STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AGAINST ALL PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DARREN JARDINE (Plaintiff) and Defendant YAMADA AND SONS, INC. (Defendant), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all of Plaintiff's claims

against Defendant in the above-referenced civil action, and all the claims which have or could have been raised therein, be and hereby are dismissed with prejudice. Plaintiff and Defendant are to bear their own attorneys' fees and costs. The undersigned parties further stipulate that there are no remaining claims, parties, or issues.

DATED: Honolulu, Hawai'i, July 19, 2022.

>TORKILDSON KATZ
>A Law Corporation
>
>*/s/ Joseph A. Ernst*
>JOSEPH A. ERNST
>RACHEL K. HOKE MIYASHIRO
>Attorneys for Defendant
>YAMADA AND SONS, INC.

DATED: Honolulu, Hawai'i, July 19, 2022.

>*/s/ Steven H. Burke*
>STEVEN H. BURKE
>Attorney for Plaintiff
>DARREN JARDINE

DATED: Honolulu, Hawaii, July 19, 2022.

APPROVED AS TO FORM AND SO ORDERED:

Helen Gillmor
United States District Judge

*Darren Jardine v. Yamada and Sons, Inc.*; Civil No. 1:22-cv-00293-HG-WRP; Voluntary Stipulation for Dismissal with Prejudice of all Claims Against all Parties; Order